WILLIAM J. DALRYMPLE, RESPONDENT, *v.* RUSSELL G. ARNOLD, AS ADMINISTRATOR, APPELLANT.

Judgment and orders appealed from affirmed, with costs of the appeal payable out of the estate. *Held*, that as the wife of the intestate died in his lifetime, her funeral expenses are a charge upon his estate; the funeral expenses of the intestate himself are

also a charge upon his estate. (*Patterson* v. *Patterson,* 59 N. Y., 574; see also § 1, title 4, chap. 6, part 2 of R. S., as amended by chap. 267 of Laws of 1874.)